IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 312CR0024-01        Date: 03/08/2013

**Defendant:** MICHAEL WAYNE HARDING - Custody        **Counsel:** Bill Dinkin, Esq. Retained

| PRESENT: | JUDGE: | Hon. Glen E. Conrad   TIME IN COURT: 50 mins. 2:05 to 2:55 pm |
| | Deputy Clerk: | Susan Moody |
| | Court Reporter: | Sonia Ferris |
| | U. S. Attorney: | M Quatrara, E Casey, R Huber, Esq. |
| | USPO: | Mike Sheffield |

**PROCEEDINGS:**

- ☒ Waiver of Indictment filed.
- ☒ Information filed.
- ☒ Plea Agreement filed with court.
- ☒ Defendant re-arraigned as to Counts 1 and 2 of Superseding information
- ☒ Defendant placed under oath. Court questions defendant regarding his physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court conditionally accepts plea of guilty pending completion of presentence report.
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☒ Court finds defendant guilty as charged in Counts One (1) and Two (2)

**DEFENDANT PLEADS:**
(list counts)

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1 &2 | | | Prior charges as indicted dismissed at sentencing |

- ☒ Court orders Presentence Report.
- ☒ Defendant released on bond. Following announcement of agreement by parties as to POA for terminally ill mother, amount and conditions
- ☒ Defendant remanded to custody.for transport and release from local jail this night
- ☒ Sentencing hearing scheduled for 6/24/2013 10 am before Judge Conrad.

Bond set @ 200K secured by property of mother w/ conditions as listed in Order dated this day
Passport surrendered to USPO